UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

KATHERINE LAWRENCE,            )
                               )
              Plaintiff,       )
                               )
       vs.                     )   No. 1:13-cv-01535-TWP-MJD
                               )
CAROLYN COLVIN,                )
                               )
              Defendant.       )

**FINAL JUDGMENT**

Having this day affirmed the decision of the Commissioner of the Social Security Administration, the Court now enters JUDGMENT in favor of Defendant and against the Plaintiff.

SO ORDERED:

Dated: 9/19/2014

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distribution:

Joseph R. Wambach
KELLER & KELLER
joew@2keller.com

Timothy E. Burns
KELLER & KELLER
timb@2keller.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov